## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**ZAKORION SIMS**                                                                     **PLAINTIFF**

**v.**                                                  **CAUSE NO. 1:22-cv-353-LG-BWR**

**MIKE EZELL, et al.**                                                  **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 20th day of March, 2023.

                                                                                 s/ *Louis Guirola, Jr.*

                                                                                  LOUIS GUIROLA, JR.
                                                                                  UNITED STATES DISTRICT JUDGE